# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JOHN W CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-00897-CV-RK |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | |

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Now pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. 1). The Court having considered said motion and the Affidavit of Financial Status, it is

ORDERED as follows:

1. Plaintiff's Motion to Proceed In Forma Pauperis is **GRANTED**;
2. Because this case is included in the Case Management/Electronic Case Filing (CM/ECF) system, Plaintiff's counsel shall be responsible for electronically filing the Complaint within five (5) days of this Order; and
3. Plaintiff shall be responsible for serving process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

                                                                                                   s/ Roseann A. Ketchmark
                                                                                                   ROSEANN A. KETCHMARK, JUDGE
                                                                                                   UNITED STATES DISTRICT COURT

DATED: October 23, 2017